IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-CV-2505-LTB-OES

RICHARD RRA-SHADA,

Plaintiff(s),

vs.

CITY AND COUNTY OF DENVER, COLORADO, et al.,

Defendant(s).

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated:  July 15, 2005

    Plaintiff's Motion to Compel [filed July 12, 2005] is DENIED AS MOOT.