**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 04-cv-02505-LTB-PAC

RICHARD RRA-SHADA,

      Plaintiff,

v.

CITY AND COUNTY OF DENVER, COLORADO,
OFFICER DENNIS BEDENBENDER,
OFFICER SHANNA MICHAEL, and
ROBERT A. KASER (Civilian),

      Defendants.
_____

**ORDER**
_____

THIS MATTER having come before the Court on the Stipulation for Dismissal With Prejudice (Doc 87 - filed February 28, 2006), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                      BY THE COURT:

                                      s/Lewis T. Babcock
                                      Lewis T. Babcock, Chief Judge

DATED: March 1, 2006